

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| UNITED STATES OF AMERICA, | § | |
|---|---|---|
| | § | |
| Plaintiff | § | |
| | § | CIVIL ACTION B-03-042 |
| versus | § | (Claim: 53538) |
| | § | |
| RAYMUNDO CASTRO, JR., | § | |
| | § | |
| Defendant | § | |

# Complaint

1. *Jurisdiction.* The district court has jurisdiction because the United States is a party.

   See U.S. CONST., art III, § 2, and 28 U.S.C. § 1345.

2. *Venue.* The defendant is a resident of Cameron County, Texas, and may be served with process at 2437 Post Oak Road, Harlingen, Texas 78552.

3. *The Debt.* The debt owed the United States as of the date of the Certificate of Indebtedness is:

   | | | | |
   |---|---|---|---|
   | A. | Current principal | $ | 5,538.31 |
   | B. | Interest (capitalized and accrued) | $ | 461.80 |
   | C. | Administrative fees, costs, penalties | $ | 0.00 |
   | D. | Attorney's fees | $ | 550.00 |
   | E. | Balance due | $ | 6,550.11 |

   F. Prejudgment interest accrues at

   7.00% per annum being $ 1.06 per day.

   The current principal in paragraph 3 A is after credits of $ 3,100.65.

The certificate of indebtedness, attached as Exhibit A, shows the total owed excluding attorney's fees and central intake facility charges. On the date of the certificate the principal and interest shown were correct after credits having been applied.

4.  *Failure to pay.* Demand has been made on the defendant to pay the indebtedness, and the defendant has failed to pay it.

5.  *Prayer.* The United States prays for judgment for:

    A.  The sums in paragraph 3 plus pre-judgment interest through the date of judgment, administrative costs, and post-judgment interest.

    B.  Attorney's fees; and,

    C.  Other relief the court deems proper.

Respectfully submitted,

ALONSO, CERSONSKY & GARCÍA, P.C.

By: _____
M. H. Cersonsky
Texas State Bar: 04048500
Southern District: 5082
5065 Westheimer Road, Suite 600
Houston, Texas 77056-5606
Telephone: (713) 840-1492
Facsimile: (713) 840-0038

Attorney for Plaintiff

U.S. DEPARTMENT OF EDUCATION
SAN FRANCISCO, CALIFORNIA

**CERTIFICATE OF INDEBTEDNESS**

RAYMUNDO CASTRO, JR.
AKA: N/A
927 N. LANTANA DRIVE
KINGSVILLE, TX. 78363

B-03-042

SSN: 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

Total debt due United States as of 02/05/97 : $6000.11

I certify that U.S. Department of Education records show that the debtor named above is indebted to the United States in the amount stated above, plus additional interest on the principle balance of $5,538.31 from 02/05/97 at the annual rate of 7.00 percent. Interest accrues on the principal amount of this debt at a rate of $ 1.06 per day.

The claim arose in connection with a Government insured or guaranteed loan made by a private lender and assigned to the United States.

On 08/31/78, 12/23/80, 06/17/81, 07/08/81, 07/31/81, 12/22/81, 06/06/79, & 08/20/79, the debtor executed promissory note(s) to secure the loan(s) from THE TEXAS OPPERTUNITY PLAN FUND, AUSTIN, TX. under loan guaranty programs authorized under Title IV-B of the Higher Education Act of 1965, as amended, 20 U.S.C 1071 et seq. (34 C.F.R. Part 682). The holder demanded payment according to the terms of the note(s) and on 10/02/84 the debtor defaulted on the obligation.

Pursuant to 34 C.F.R. 682.202 and/or terms of the promissory note(s) the holder(s) capitalized interest accrued to the original lender in the amount of $ 0.00 thereby increasing the principal balance due to $N/A.

After application of the last voluntary payment of $80.00 which was received on 11/05/96 the debtor now owes the following :
Principal:                              $   5,538.31
Interest:                               $     461.80
Administrative/ Collection Costs:       $       0.00
Penalties:                              $       0.00

CERTIFICATION: Pursuant to 28 U.S.C. Section 1746, I certify under penalty of perjury that the foregoing is true and correct.

_2/27/97_
(Date)

_P. Ungaro_
Loan Analyst-Litigation Branch



PLAINTIFF'S EXHIBIT
A