IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
FILED

MAY 2 8 2003

Michael N. Milby
Clerk of Court

| UNITED STATES OF AMERICA, | § | |
| --- | --- | --- |
| Plaintiff, | § | |
| | § | |
| VS. | § | CIVIL ACTION NO. B-03-042 |
| | § | (Claim No. 53538) |
| RAYMUNDO CASTRO, JR., | § | |
| Defendant. | § | |

## MOTION FOR CONTINUANCE

TO THE HONORABLE JUDGE :

COMES NOW Plaintiff UNITED STATES OF AMERICA ("USA") and presents this Motion for Continuance and in support thereof says as follows:

I.

The above referenced case has been set for Pretrial Conference and Disclosure of Interested Parties on Wednesday, June 4, 2003 at 1:30 P.M. by Order of this Court.

II.

USA's counsel is requesting that the Pretrial Conference be reset to allow service of the Original Complaint, Summons, Order for Conference and Disclosure of Interested Parties on the Defendant, Raymundo Castro, Jr..

III.

USA's counsel would request that all matters in Civil Action No. B-03-042, styled *United States of America v. Raymundo Castro, Jr.* be set to a time convenient for the Court.

IV.

This Motion is not set out for delay, but so that justice may be done.

WHEREFORE, PREMISES CONSIDERED, USA prays that this Court grant this Motion for Continuance.

Respectfully submitted,

By: _____
M. H. Cersonsky
Texas State Bar: 04048500
Southern District: 5082
5065 Westheimer Road, Suite 600
Houston, Texas 77056-5606
Telephone: (713) 840-1492
Facsimile: (713) 840-0038
**Attorneys for United States of America**

OF COUNSEL:
ALONSO, CERSONSKY & GARCÍA, P.C.

## CERTIFICATE OF SERVICE

I, the undersigned certify that a true and correct copy of the above and foregoing will be delivered by the Constable at time of service of the Summons and Original Complaint and/or by certified mail, return receipt requested, on May 27, 2003, to:

Raymundo Castro, Jr.
2101 Pease Street
Harlingen, Texas 78550

_____
M. H. Cersonsky

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| VS. | § | CIVIL ACTION NO.B-03-042 |
| | § | (Claim No. 53538) |
| RAYMUNDO CASTRO, JR., | § | |
| | § | |
| Defendant. | § | |

## ORDER GRANTING MOTION FOR CONTINUANCE

On this day, came on to be considered USA's Motion for Continuance and the Court having reviewed the pleadings on file is of the opinion that the Motion for Continuance should be granted. It is hereby

ORDERED that the above referenced case which had been set for hearing on Wednesday, June 4, 2003 is hereby continued to _____, 2003.

SIGNED: _____, 2003 at Brownsville, Texas.

_____
John William Black
United States Magistrate Judge