IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
ENTERED
MAY 2 9 2003
Michael N. Milby, Clerk of Court
By Deputy Clerk

| | |
|---|---|
| UNITED STATES OF AMERICA, § § | |
| Plaintiff, § § | |
| VS. § | CIVIL ACTION NO.B-03-042 |
| § | (Claim No. 53538) |
| RAYMUNDO CASTRO, JR., § § | |
| Defendant. § | |

### ORDER GRANTING MOTION FOR CONTINUANCE

On this day, came on to be considered USA's Motion for Continuance and the Court having reviewed the pleadings on file is of the opinion that the Motion for Continuance should be granted. It is hereby

ORDERED that the above referenced case which had been set for hearing on Wednesday, June 4, 2003 is hereby continued to _August 21,_ 2003. AT 1:30 P.M.

SIGNED: _May 29_, 2003 at Brownsville, Texas.

John William Black
United States Magistrate Judge