UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
ENTERED

JUL 1 5 2003

Michael N. Milby, Clerk of Court
By Deputy Clerk

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| vs. | § | C.A. No.: B-03-042 |
| | § | (Claim No. 53538) |
| RAYMUNDO CASTRO, JR., | § | |
| | § | |
| Defendant. | § | |

## DEFAULT JUDGMENT

The Plaintiff having filed a Motion for Default Judgment and the Court notes that Defendant Raymundo Castro, Jr. has failed to appear to defend this action after having been served with process,

It is therefore adjudged that the United States of America recover from Raymundo Castro, Jr.:

| | |
|---|---|
| Principal Balance: | $ 5,538.31 |
| Total Interest Accrued (As of February 5, 1997) | $ 461.80 |
| Administrative Charges | $ 0.00 |
| Attorney's Fees | $ 550.00 |
| | $ 6,550.00 |
| Less Credits (Debtor Payments) | $ 0.00 |
| Total Owed | $ 6,550.00 |

Interest Rate: 7.00%
Daily Accrual: $1.06

Post-judgment interest at ___1.08___ % per annum.

Plus costs private process server fees for service of Summons. $ 65.00

TOTAL: $ 6,615.00

Signed _____7-14_____, 2003, at Brownsville, Texas.

Andrew S. Hanen
United States District Judge